## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>KIM ZIEGELMAYER<br><br>DEBTOR.<br>----------------------------<br><br>WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br>  FOR REGION ONE,<br><br>    PLAINTIFF<br><br>    VS.<br><br>KIM ZIEGELMAYER<br>334 WATERMAN AVENUE<br>SMITHFIELD, RI 02917<br><br>    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BANKRUPTCY CASE NO. 17-11357<br><br><br><br><br><br><br><br><br>ADVERSARY NO. 18-01066 |

### STIPULATION REVOKING AND DENYING DISCHARGE

NOW COMES the United States Trustee ("U.S. Trustee") and Kim Ziegelmayer,

("Defendant") individually and by and through her attorney Christopher Lefebvre, Esq. and assert

that they have reached an accord resolving and settling the issues raised by the U.S. Trustee pursuant

to 28 U.S.C. § 586 and 11 U.S.C. § 727(d).

Wherefore, the U.S. Trustee, and Defendant, individually, and by and through her attorney

Christopher Lefebvre, Esq., (hereinafter the "Parties") have set their hand to this stipulation

containing their acknowledgments and the terms of said accord, and they respectfully request the

*[signature]* 12/16/18

1

Court accept, approve and enter this stipulation as a permanent order revoking Defendant's discharge of all debts she incurred up to and including the date the instant chapter 7 was filed, to wit: August 4, 2017.

## ACKNOWLEDGMENTS

1.   The Defendant hereby acknowledges that she caused a chapter 7 bankruptcy petition to be filed on her behalf in the United States Bankruptcy Court for the District of Rhode Island on August 4, 2017.  Said Petition was docketed as case number 17-11357; and

2.   The Defendant acknowledges, without making any admissions, that the United States Trustee had chosen to initiate an action to revoke her chapter 7 discharge under 11 U.S.C. § 727(d); and

3.   The Defendant acknowledges that she has consulted with her attorney regarding the effort of the U.S. Trustee to seek an order and judgment revoking her chapter 7 discharge of her debts; and

4.   The Defendant acknowledges her desire to resolve the matter without the need for further inquiry or litigation, and without making any admissions; and

5.   The Defendant acknowledges that her attorney has thoroughly explained  the consequences that she will suffer if the Court revokes her chapter 7 discharge, specifically, that she will remain liable for any and all of her debts as of the date the bankruptcy petition was filed.

## TERMS

6.   The parties agree and respectfully request that this Court enter a permanent order against Defendant revoking her chapter 7 discharge, pursuant to 11 U.S.C. § 727(d) for those debts incurred up to and including August 4, 2017, including those listed on the Schedule F of her petition.

7.   The Defendant further waives all right to appeal the entry of said order and the ~~denial~~ of ^REVOCATION

2

her bankruptcy discharge.

8.    The parties further agree that should the Court reject this stipulation for any reason, the Parties shall be free to proceed litigating the merits of the case as they see fit.

9.    The Parties acknowledge and agree that this stipulation contains the entire agreement between the Parties.  The Parties further acknowledge and agree that the U.S. Trustee has not made, and/or given any other representations, promises, inducements, or rewards, and/or given or promised to give any other consideration of any kind whatsoever to the Defendant or anyone else on her behalf.

WHEREFORE, the Parties respectfully request that this Stipulation, be accepted, approved and entered as a permanent order and judgment in this case, and the bankruptcy discharge of the Defendant be revoked with regard to those debts incurred by her prior to and including August 4, 2017.

Respectfully submitted,


Kim Ziegelmayer, Defendant                    Dated:  12/16/18

For the Defendant


Christopher Lefebvre                           Dated:  12/19/18
Law Office of Claude Lefebvre & Sons
PO Box 479
Two Dexter Street
Pawtucket, RI 02862
(401) 728-6060
Email: court@lefebvrelaw.com

3

William K. Harrington,
United States Trustee

/s/Gary L. Donahue
Gary L. Donahue
Assistant United States Trustee
U.S. Department of Justice
10 Dorrance Street Room 910
Providence, RI, 02903
TEL: (401) 528-5551
FAX: (401) 528-5163
E-MAIL:  Gary.L.Donahue@usdoj.gov

Dated: 12/26/18

ACCEPTED, APPROVED,   ENTER

_____
Hon. Diane Finkle
United States Bankruptcy Judge

Dated:

4